CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

NOV 20 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK



## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN MICHAEL SINGLETON,** | ) | Civil Action No. 7:08-cv-00349 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>ORDER</u> |
| | ) | |
| **J. CHEEKS,** | ) | By: **Hon. Jackson L. Kiser** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that defendant's motion for summary judgment is **GRANTED**; plaintiff's complaint is

**DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff and counsel of record for the defendant.

ENTER: This 20th day of November, 2008.

Senior United States District Judge